

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00250-CV

## IN THE ESTATE OF MICHAEL LEE WIETZIKOSKI, DECEASED

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 31,878-A**

## MEMORANDUM OPINION

Appellants filed a motion to dismiss the appeal. Appellant indicates that the parties have reached an agreement to settle their differences. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Motion granted; appeal dismissed
Opinion delivered and filed March 31, 2021
[CV06]

